UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BROADCAST MUSIC, INC.; INTERIOR
MUSIC CORP.; PAUL SIMON MUSIC;
STONE DIAMOND MUSIC CORP.;
ZAWINUL MUSIC; and EMI
BLACKWOOD MUSIC, INC.,

    Plaintiffs,

v.      Case No. 6:19-cv-1397-Orl-37EJK

DOMINICK'S TO GO OF WINTER
SPRINGS LLC; MARY COMMESSO;
and DOMINIC COMMESSO,

    Defendants.
_____

## ORDER

Plaintiffs sued Defendants for copyright infringement of certain musical compositions licensed by Plaintiff Broadcast Music, Inc. (Doc. 1.) Now Plaintiffs move for default judgment against Defendants for $15,249 in statutory damages, $3,550 in costs, and a permanent injunction. (Doc. 17 ("**Motion**").) On referral, U.S. Magistrate Judge Embry J. Kidd recommends the Court grant the Motion. (Doc. 18 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court finds the R&R is due to be adopted in its entirety.

It is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 18) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiffs' Motion for Final Default Judgment Against Defendants (Doc. 17) is **GRANTED.**

3. Defendants are liable for copyright infringement of six musical compositions owned and/or licensed by Plaintiffs, which are described in the Schedule attached to the Complaint (Doc. 1-1).

4. The Court **AWARDS** Plaintiffs:

    a. Statutory damages against Defendants in the amount of $15,249.00, representing an award of five times the lost licensing fees for the six acts of infringement, pursuant to 17 U.S.C. § 504(c);

    b. Costs against Defendants in the amount of $400.00 (filing fee), $150.00 (process server costs), and $3,000.00 (reasonable attorneys' fees), totaling $3,550.00;

    c. Interest on these awards pursuant to 28 U.S.C. § 1961.

5. Defendants, their agents, servants, employees, and all persons acting under their permission and authority, are **PERMANENTLY ENJOINED AND RESTRAINED** from infringing, in any manner, the copyrighted musical compositions licensed by Plaintiff Broadcast Music, Inc., pursuant to 17 U.S.C. § 502.

6. The Clerk is **DIRECTED** to enter default judgment in favor of Plaintiffs and

against Defendants.

7. The Court **RETAINS** jurisdiction over this action to enforce the judgment granted.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 21, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record